

# Fourth Court of Appeals
## San Antonio, Texas

April 28, 2015

No. 04-14-00060-CR

John **DONOHUE**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR3514
Honorable Raymond Angelini, Judge Presiding

# O R D E R

The Appellant's Motion to Compel by Court Order and the Imposition of Sanctions is hereby DENIED.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of April, 2015.

_____
Keith E. Hottle
Clerk of Court